AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| JODY SILVIO | ) Case No: 08-00327-003 |
| | ) USM No: 10558-003 |
| Date of Original Judgment: 9-30-2010 | ) |
| Date of Previous Amended Judgment: | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __78__ months **is reduced to** __63 months__.

**ADDITIONAL COMMENTS**




Except as otherwise provided, all provisions of the judgment dated __9-30-2010__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 3-11-2015

Callie V.S. Granade
U.S. District Judge
*Digitally signed by Callie V.S. Granade U.S. District Judge*
*Date: 2015.03.11 08:38:33 -06'00'*
*Judge's signature*

Effective Date: 11-1-2015
*(if different from order date)*

United States District Judge
*Printed name and title*